DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

849    In re Bolar Pharmaceutical Co., Inc. Generic Drug Litigation

| Date | # | Description |
|---|---|---|
| 90/04/19 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-17), AFFIDAVIT OF STEPHEN H. WEINER, EXHIBITS A - J, CERT. OF SVC. -- Filed by Bolar Pharmaceutical Co., Inc. -- SUGGESTED TRRANSFEREE DISTRICT: E.D. NEW YORK -- SUGGESTED TRANSFEREE JUDGE: ? -- (received 4/17/90) (rh) |
| 90/04/30 | | APPEARANCES: CHRISTOPHER T. REYNA, ESQ. for Rodney B. Shields; JAMES F. KOEHLER, ESQ. for John Hamilton, et al.; DANIEL L. BERGER, ESQ. for Donfred Berg, Martin Bergstein, Norman Shapiro, Joseph Angello, et al., Jack Katz, Daisy Kramer, Harriette Sacklow, George P. Ricci, Sheldon Kosow, etc., Diana Goldshlack, Bruce M. Sorrin, Richard B. Glass and Stephen Chung; RICHARD L. KLEIN, ESQ. for Robert Shulman; DIANNE M. NAST, ESQ. for D. Barron; STEPHEN S. COWEN, ESQ. for Jack Rivers; GERALD J. FIELDS, ESQ. for Larry Raisfeld; IRWIN J. SUGARMAN, ESQ. for Bolar Pharmaceutical Co., Inc.; STEVEN E. OBUS, ESQ. for Schein Pharmaceutical, Inc. (rh) |
| 90/05/01 | | APPEARANCE: DAVID T. HAMILTON, ESQ. for KV Pharmaceutical Co., Inc. (cds) |
| 90/05/09 | 2 | RESPONSE/MEMORANDUM -- (to pldg. #1) Filed by KV Pharmaceutical Company -- w/Exhibits A-D and cert. of svc. (received 5/9/90) (rh) |
| 90/05/09 | 3 | RESPONSE -- (to pldg. #1) Filed by Donfred Berg; Martin Bergstein; Norman Shapiro; Joseph Angello, et al.; Jack Katz; Daisy Kramer; Harriette Sacklow; George P. Ricci; Sheldon Kosow, etc.; Diana Goldshlack; Bruce M. Sorrin; Richard B. Glass and Stephen Chung -- w/cert. of svc. (received 5/9/9) (rh) |
| 90/05/09 | 4 | RESPONSE/ANSWER OF JOHN HAMILTON, ET AL. -- (to pldg. #1) Filed by John Hamilton, et al. -- w/cert. of svc. (received 5/9/90) (rh) |
| 90/05/09 | 5 | RESPONSE (to pldg. #1) -- deft. Jack Rivers -- w/cert. of service (cds) |
| 90/05/09 | 6 | RESPONSE (to pldg. #1) -- pltf. D. Barron -- w/Memorandum and Exhibits A and B and w/cert. of service (cds) |
| 90/05/16 | 7 | RESPONSE (to pldg. #1) -- deft. Robert Shulman -- w/cert. of service (cds) |
| 90/05/18 | 8 | REPLY -- Bolar Pharmaceutical Co., Inc. -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

p. 2

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 849 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/05/22 | 9 | RESPONSE (to pldg. #1) -- deft. Lawrence Raisfeld w/cert. of svc. (ds) |
| 90/05/29 | 10 | JOINDER IN MOTION (re pldg. #1) -- deft. Lawrence Raisfeld -- w/cert. of service (cds) |
| 90/05/29 | 11 | SUPPLEMENTAL MOTION (adding A-18 to schedule), SUPPLEMENTAL SCHEDULE, MEMORANDUM, EXHIBIT A W/LETTER (additional information) -- filed by Bolar Pharmaceutical Co., Inc. -- w/cert. of service (cds) |
| 90/06/14 | 12 | RESPONSE/MEMORANDUM (to pldg. #11) -- pltf. D. Barron w/cert. of svc. (ds) |
| 90/06/15 | 13 | BRIEF, MEMORANDUM -- pltfs. John Hamilton, et al. w/cert. of svc. (ds) |
| 90/06/18 | | HEARING ORDER -- setting motion of defendant Bolar Pharmaceutical Co., Inc., for transfer for Panel hearing on July 27, 1990 in St. Paul, Minnesota (sg) |
| 90/06/22 | 14 | BRIEF/MEMORANDUM (to pldg. #11) -- pltf. Martin Tunkl w/Affidavit and cert. of svc. (ds) |
| 90/06/22 | | APPEARANCE -- MICHAEL B. HYMAN, ESQ. for Martin Tunkl (ds) |
| 90/06/29 | 15 | REPLY -- Bolar Pharmaceutical Co., Inc. -- w/Affidavit of Irwin J. Sugarman and Exhibits A - C and cert. of service (cds) |
| 90/07/26 | 16 | SUPPLEMENTAL AFFIDAVIT OF IRWIN J. SUGARMAN -- Bolar Pharmaceutical Co., Inc. -- w/cert. of svc. (received 7/26/90) (rh) |
| 90/07/27 | | HEARING APPEARANCES FOR 7/27/90 HEARING -- ST. PAUL, MINNESOTA -- IRWIN J. SUGARMAN, ESQ. for Bolar Pharmaceutical Co., Inc.; DANIEL L. BERGER, ESQ. for Donfred Berg, Martin Berstein, Norman Shapiro, Joseph Angello, et al., Jack Katz, Daisy Kramer, Harriette Sacklow, George P. Ricci, Sheldon Kosow, etc., Diana Goldshlack, Bruce M. Sorrin, Richard B. Glass and Stephen Chung; DIANNE M. NAST, ESQ. for D. Baron; ALAN M. PERTROV, ESQ. for John Hamilton, et al.; DAVID T. HAMILTON, ESQ. for KV Pharmaceutical Company (sg) |
| 90/07/27 | | WAIVERS OF ORAL ARGUMENT FOR 7/27/90 HEARING -- Jack Rivers; Rodney B. Shields; Robert Shulman; Larry Raisfeld; Schein Pharmaceutical, Inc.; Martin Tunkl (sg) |

JPML FORM

p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 849 --

| Date | | Description |
|---|---|---|
| 90/07/27 | 17 | LETTER -- (Supplemental information) Bolar Pharmaceutical Co., Inc. -- w/cert. of svc. (rh) |
| 90/08/16 | | CONSENT OF TRANSFEREE DISTRICT -- for assignment of litigation to Judge Edward N. Cahn, Eastern District of Pennsylvania (cdm) |
| 90/08/16 | | TRANSFER ORDER -- **Transferring A-2 and A-18** to the Eastern District of Pennsylvania for assignment to Judge Edward N. Cahn -- order also **denies transfer of A-1 and A-4 through A-17** -- notified involved judges, clerks, counsel and misc. recipients (cdm) |

JPML Form 1
Revised: 8/78

DOCKET NO. 849 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Bolar Pharmaceutical Co., Inc. Generic Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 27, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 16, 1990 | TO | Unpublished | E.D. Pennsylvania | Edward N. Cahn | |

Special Transferee Information

Mary McLenna - FTS-597-5534

DATE CLOSED: 11/12/91D

JPML FORM 1  LISTING OF INVOLVED ACTIONS   E.D. PENNSYLVANIA.
EDWARD N. CAHN

DOCKET NO. 849 -- In re Bolar Pharmaceutical Co., Inc. Generic Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| ✓ A-1 | KV Pharmaceutical Company v. Bolar Pharmaceutical Co., Inc. | Mo.,E. Cahill | 90-0315-C-4 | Denied | | | |
| A-2 | John Hamilton, et al. v. Bolar Pharmaceutical Co., Inc., et al. | Ohio,N. Manos | 90-CV-0543 | 8/16/90 | 90-5543 | 11/12/91 | |
| A-3 | D. Barron v. Bolar Pharmaceutical Co., Inc. | Pa.,E. Cahn | 90-0536 | | | 11/12/91 | |
| ✓ A-4 | Donfred Berg v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 1726 | | | | |
| ✓* A-5 | Martin Bergstein v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2570 | Denied | | | |
| ✓* A-6 | Norman Shapiro v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2582 | | | | |
| ✓* A-7 | Joseph Angello, et al. v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2587 | | | | |
| * A-8 | Jack Katz v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2609 | | | | |

\* 13 actions consolidated in N.Y.,E. (In re Bolar Pharmaceutical Co., Inc., C.A. No. 89 Civ. 1726

DOCKET NO. 849 -- In re Bolar Pharmaceutical Co., Inc. Generic Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| * A-9 | Daisy Kramer v. Bolar Pharmacecutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2622 | | | | |
| * A-10 | Harriette Sacklow v. Bolar Pharmacecutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2639 | | | | |
| * A-11 | George P. Ricci v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2906 | | Denied | | |
| * A-12 | Sheldon Kosow, etc. v. Robert Shulman, et al. | N.Y.,E. Wexler | 89 Civ. 2975 | | | | |
| * A-13 | Diana Goldshlack v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 2981 | | | | |
| * A-14 | Bruce M. Sorrin v. Bolar Pharmacecutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 3144 | | | | |
| * A-15 | Richard B. Glass v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 89 Civ. 3803 | | | | |
| * A-16 | Rodney B. Shields v. Robert Shulman, et al. | N.Y.,E. Wexler | CV-90-0237 | | | | |
| * A-17 | Stephen Chung v. Bolar Pharmaceutical Co., Inc., et al. | N.Y.,E. Wexler | 90 Civ. 0626 | | | | |

\* 13 actions consolidated in N.Y.,E. (In re Bolar PharmaceuticalCo., Inc., C.A. No. 89 Civ. 1726

DOCKET NO. 849 -- In re Bolar Pharmaceutical Co., Inc. Generic Drug Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-18 | Martin Tunkl v. Bolar Pharmaceutical Co., Inc. | Ill.,N. Moran | 90-CV-2716 | 5/16/90 | 90-5641 | 11-12-91D | Supp. Motion (pldg. #11) |
| XYZ-19 | SmithKline Beecham Corp. v. Bolar Pharmaceutical Co., Inc., et al. | E.D.Pa. | 90-3959 | | | | |
| XYZ-20 | Julia K. Masnik, et al. v. Bolar Pharmaceutical Co., Inc., et al. | E.D.Pa. | 90-4086 | | | | |

July 1992 - Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 849 -- In re Bolar Pharmaceutical Co., Inc. Generic Drug Litigation

---

KV PHARMACEUTICAL COMPANY (A-1)
David T. Hamilton, Esq.
Gallap, Johnson & Neuman
1600 Interco Corporate Tower
101 South Hanley Road
St. Louis, Missouri  63105

JOHN HAMILTON, ET AL. (A-2)
James F. Koehler, Esq.
Gallagher, Sharp, Fulton & Norman
1585 Broadway
New York, New York  10036

D. BARRON (A-3)
Diane M. Nast, Esq.
Kohn, Savett, Klein & Graf
Suite 2400, One Reading Center
1101 Market Street
Philadelphia, Pennsylvania  19102

DONFRED BERG (A-4)
MARTIN BERGSTEIN (A-5)
NORMAN SHAPIRO (A-6)
JOSEPH ANGELLO, ET AL. (A-7)
JACK KATZ (A-8)
DAISY KRAMER (A-9)
HARRIETTE SACKLOW (A-10)
GEORGE P. RICCI (A-11)
SHELDON KOSOW, ETC. (A-12)
DIANA GOLDSHLACK (A-13)
BRUCE M. SORRIN (A-14)
RICHARD B. GLASS (A-15)
STEPHEN CHUNG (A-17)
Daniel L. Berger, Esq.
Bernstein, Litowitz, Berger
  & Grossman
1285 Avenue of the Americas
New York, New York  10019-6021

RODNEY B. SHIELDS (A-16)
Christopher T. Reyna, Esq.
Greenfield & Chimicles
One Haverford Center
361 West Lancaster Avenue
Haverford, Pennsylvania  19041-0100

BOLAR PHARMACEUTICAL CO., INC.
Irwin J. Sugarman, Esq.
Schulte, Roth & Zabel
900 Third Avenue
New York, New York  10022

JACK RIVERS
Stephen S. Cowen, Esq.
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

SCHEIN PHARMACEUTICAL, INC.
Steven E. Obus, Esq.
Proskauer, Rose, Goetz
  & Mendelsohn
300 Park Avenue
New York, New York  10022

ROBERT SHULMAN
Richard L. Klein, Esq.
Willkie, Farr & Gallagher
One Citicorp Center
153 East 53rd Street
New York, New York  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET N⁰ 849 ___ -- _____

| | |
|---|---|
| ~~HERMAN ASNTONOFF~~<br>~~MICHAEL FEDIDA~~<br>~~Ira D. Sorkin, Esq.~~ (No App. Rec'd)<br>~~Squadron, Ellenoff, Plesent~~<br>~~& Lehrer~~<br>~~551 Fifth Avenue~~<br>~~New York, New York 10017~~<br><br>~~LAWRENCE RAISFELD~~<br>~~Gerald J. Fields, Esq.~~<br>~~Battle & Fowler~~<br>~~280 Park Avenue~~<br>~~New York, New York 10017~~<br><br>~~CHARLES DICOLA~~<br>~~LARRY RAISFELD~~<br>LAWRENCE RAISFELD<br>PATRICIA SHUKRI<br>~~SIDNEY STUCHIN~~<br>~~PHARMAKINETICS LABORATORIES, INC.~~<br>Unable to determine counsel or Address<br><br>MARTIN TUNKL (A-18)<br>Michael B. Hyman, Esq.<br>Much, Shelist, Freed, Denenberg,<br>  Ament & Eiger, P.C.<br>Suite 2100<br>200 N. LaSalle Street<br>Chicago, Illinois 60601 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 849 -- In re Bolar Pharmaceutical Co., Inc. Generic Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bolar Pharmaceutical Co., Inc. | A-1 - A-17  A-18 |
| Jack Rivers | A-2.- A-16 |
| Schein Pharmaceutical, Inc. | A-2 |
| Robert Shulman | A-2 - A-17 |
| Herman Antonoff | A-4, A-6, A-12, A-16 |
| Michael Fedida | A-4, A-6, A-16 |
| Sidney Stuchin | A-4, A-6, |
| Larry Raisfeld | A-4, A-5, A-7, A-13, A-16 |
| Patricia Shukri | A-6 |
| Charles Dicola | A-6 |
| Lawrence Raisfeld | A-6, A-8, A-10, A-12 |

p.2

| Pharmakinetics Laboratories, Inc. | A-7 |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  | A-7 |
|  |  |
|  |  |
|  |  |